UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN DOABA ENTERPRISES, LLC.,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA.<br>Defendant. | Case No. 1:26-cv-7738-EPG<br><br>ORDER RE: VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i) WITH PREJUDICE<br><br>(ECF No. 6) |

On October 23, 2026, Plaintiff Golden Doaba Enterprises, LLC. filed a notice of dismissal, stating the following:

> Plaintiff, GOLDEN DOABA ENTERPRISES, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY D/B/A ARCO AM/PM, by and through its undersigned counsel, and hereby file this Notice of Voluntary Dismissal With Prejudice and without costs as among each other pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) as the parties have entered into a full and final Settlement Agreement of this action. The Defendant has not filed an Answer or Motion for Summary Judgment in this matter. Accordingly, pursuant to the Rule, the Plaintiff may dismiss this matter with prejudice upon notice.

(ECF No. 6)

In light of the Plaintiff's notice, this action has been terminated pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and has been dismissed with prejudice.

IT IS SO ORDERED.

Dated: **October 26, 2026**

/s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE